## 311

**No. 67220.**—Enlite Products Company et al. *v.* United States, protests 60/22388, etc. (Philadelphia).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of bicycle horns and sirens similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiffs was sustained.

**No. 67221.**—Baar & Beards, Inc., et al. *v.* United States, protests 60/25791, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk wearing apparel similar in all material respects to that the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 CCPA 136, C.A.D. 585), the claim of the plaintiffs was sustained.

**No. 67222.**—Transicold Corp. and Perryman, Mojonier Co. et al. *v.* United States, protests 61/20682, etc. (Los Angeles).

Opinion by FORD, J. The protests were dismissed.

**No. 67223.**—United China & Glass Co. *v.* United States, protests 60/27952 and 60/27955 (San Francisco).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of decorated earthenware oatmeal saucers the same in all material respects as those the subject of Abstract 61784, the claim of the plaintiff was sustained.